IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISAAC GREEN,

    Petitioner,

vs.                                             CASE NO.: 4:02cv323-SPM/AK

JAMES CROSBY,

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's report and recommendation (doc. 39) dated October 5, 2005. Petitioner has been furnished a copy and he has filed objections (doc. 42).

Pursuant to Tile 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made. I find that the report of the magistrate judge should be adopted. Petitioner's objections provide no new information that call into question the reasoning of the report and recommendation. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The magistrate judge's report and recommendation (doc. 39) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus under 28 U.S.C. § 2254 is

denied.

DONE AND ORDERED this 28th day of November, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge